**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

UNITED STATES OF AMERICA

               Plaintiff,

v.                                                           Case No.: 1:22−cr−00323
                                                            Honorable Steven C. Seeger

Thomas Pavey, et al.

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 16, 2025:

      MINUTE entry before the Honorable Steven C. Seeger as to Thomas Pavey: The plea hearing set for January 17, 2025 at 10:00 a.m. is stricken and reset 9:30 a.m. **TIME CHANGE ONLY.** The parties must send the final version of any plea agreement or plea declaration to the Courtroom Deputy before the change of plea hearing. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.