UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 22 CR 323-1 |
| v. ) | |
| ) | Honorable Steven C. Seeger |
| THOMAS PAVEY ) | |

## JOINT STATUS REPORT

The parties jointly submit the following status report:

Per the Court's September 15, 2025, order (D.E. 156), the parties report no change in status and request that the Court permit the parties to file another joint status report in March 2026.

Dated: December 31, 2025            Respectfully submitted,

/s/ Dan Eckhart
Dan Eckhart, Esq.
FL Bar No. 0488674
(407) 276-0500
dan@daneckhartlaw.com
200 E. Robinson St., Ste. 1150
Orlando, FL 32801

1